# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2015

### NO. 03-15-00599-CV

**Stephen R. Doroghazi, Cynthia Doroghazi, and Stephen P. Carrigan, Appellants**

**v.**

**Texas Austin Hotel Realty, Inc.; Interstate Management Company; Interstate Hotels and Resorts; Miriam Moorman, Hyatt Corporation; Chris Dixon; Preservation Assessment Services, LLC dba Agua Terra Assessments; Fine Family Corporation; Select Hotels Group, LLC; Fred Branovan; Camden Property Management; Camden Properties; Brown Trout Investments, Ltd.; Austin Suites, Ltd.; Aushi Ltd.; Z-K Real Estate; and SL Tuatara, Ltd., Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on August 24, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.